**Order filed May 29, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00803-CR

_____

**VINCENT COLBY DUFFEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCR-059653**

## ORDER

Appellant is represented by appointed counsel, Shannon Leigh Love. Appellant's brief was originally due January 20, 2014. We granted a total of 120 days extension of time to file appellant's brief until May 21, 2014. When we granted the last extension, we noted that no further extensions would be granted. No brief was filed. On May 20, 2014, counsel filed a further request for extension

of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Shannon Leigh Love to file a brief with the clerk of this Court on or before June 30, 2014. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.